IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SCOTT WILLIAM JOHNSON,

    Plaintiff,

v.                                    CIV 17-0510 MCA/KBM

NANCY A. BERRYMAN,
Acting Commissioner of
Social Security Administration,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on June 5, 2018. *See Doc. 27.* The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. To-date, neither party has filed objections.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 27)* is **adopted**;

2. Plaintiff's Motion to Remand *(Doc. 22)* is **denied**; and

3. A Final Order pursuant to Rule 58 of the Federal Rules of Civil Procedure is entered concurrently herewith.

_____
SENIOR UNITED STATES DISTRICT JUDGE